(105 So. 222)

## H. H. GARDNER v. CITY OF MONTGOMERY. (3 Div. 701.)

(Supreme Court of Alabama. May 14, 1925. Rehearing Denied June 25, 1925.)

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

London, Yancey & Brower, of Birmingham, for appellant.

Ludlow Elmore, of Montgomery, and Reese & Reese, of Selma, for appellee.

THOMAS, J. The judgment of the circuit court is affirmed on authority of Woco Pep Co. of Montgomery v. City of Montgomery ante, p. 452, 105 So. 214.

All the Justices concur.